# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff,** vs. **CLAYTON GARY BAILEY, and BRIGITTE ANN BAILEY,** **Defendants.** | **CR 20-04-GF-BMM** **PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Clayton Gary Bailey and Brigitte Ann Bailey appeared before the Court on June 9, 2020, and entered a plea of guilty to count II contained in the Indictment. They also admitted the forfeiture allegation at their change of plea proceeding. That admission provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11).

IT IS ORDERED:

THAT Clayton Gary Bailey's and Brigitte Ann Bailey's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) and 881(a)(11).

- $223.00 in United States currency.

1

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. §§ 853(a)(1), 853(n)(1), and 881(a)(11) and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 22nd day of June 2020.

_____
Brian Morris, Chief District Judge
United States District Court